**U.S. Department of Justice**  
Washington, D.C.  
11/07/2018/lyl

**Criminal Docket**

___McALLEN___ Division     CR. No. ___**M-18-1878**___

Judge: ___**RICARDO H HINOJOSA**___

**CRIMINAL INFORMATION**    Filed: November 7, 2018

County: Hidalgo  
Lions #: 2018R06063

**UNITED STATES OF AMERICA**

v.

**ANGEL LUIS CLAUDIO**  
**--SUMMONS--**

Attorneys:  
RYAN K. PATRICK, U. S. ATTORNEY

ANDREW R. SWARTZ, ASST. U.S. ATTORNEY  
MARIAN SWANBERG, SPECIAL ASST. U.S. ATTY

Ct. 1

Charge(s):    Ct.1:    Conspiracy to Commit Health Care Fraud  
Title 18, United States Code, Section 1349.

Total Counts **(1)**

Penalty:    Ct. 1:    Imprisonment for not more than 10 yrs. and/or a fine not to exceed $250,000 (or both) and not more than a 3 yr. SRT

Agency:    HHS/OIG – Lawrence Gott – 6-18-0-0072-9

Date                       Proceedings